```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12930
   CARLOS S ORTIZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1266


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/19/2007 and was not confirmed.

      The case was dismissed without confirmation 10/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AMERICA'S SERVICING COMP CURRENT MORTG       .00           .00            .00
AMERICA'S SERVICING COMP MORTGAGE ARRE       .00           .00            .00
AMERICAS SERVICING COMPA UNSECURED     NOT FILED           .00            .00
COOK COUNTY TREASURER    SECURED          4251.67          .00            .00
COOK COUNTY TREASURER    UNSECURED     NOT FILED           .00            .00
GREAT AMERICAN FINANCE   SECURED          1200.00          .00            .00
GREAT AMERICAN FINANCE   UNSECURED     NOT FILED           .00            .00
WELLS FARGO FINANCIAL IL SECURED VEHIC       .00           .00            .00
ACC CONSUMER FINANCE L   SECURED VEHIC       .00           .00            .00
ROBERT J ADAMS & ASSOC   PRIORITY      NOT FILED           .00            .00
ASPEN                    NOTICE ONLY   NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         386.15          .00            .00
CHARTER ONE BANK         UNSECURED     NOT FILED           .00            .00
CHEX SYSTEMS COLLECTION  NOTICE ONLY   NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED     NOT FILED           .00            .00
COMMONWEALTH EDISON      NOTICE ONLY   NOT FILED           .00            .00
US DEPT OF EDUCATION     UNSECURED       10972.72          .00            .00
EQUIFAX CHECK SERVICES   NOTICE ONLY   NOT FILED           .00            .00
GREAT AMERICAN FINANCE   UNSECURED     NOT FILED           .00            .00
LASALLE BANK             UNSECURED     NOT FILED           .00            .00
LVNV FUNDING             NOTICE ONLY   NOT FILED           .00            .00
NICOR GAS                UNSECURED     NOT FILED           .00            .00
TCF NATIONAL BANK        UNSECURED     NOT FILED           .00            .00
TRIBUTE                  NOTICE ONLY   NOT FILED           .00            .00
AMERICAS SERVICING COMPA NOTICE ONLY   NOT FILED           .00            .00
FREEDOM CARD GOLD MASTER UNSECURED         524.25          .00            .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY        .00                           .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12930 CARLOS S ORTIZ
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                   ---------------    ---------------
TOTALS                                         .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE